UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    JAMES W GLITHERO  
    LINDA K GLITHERO  
        Debtor(s)

Case No. 08-22645

CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/27/2008.

2) The plan was confirmed on 01/30/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 09/30/2009.

5) The case was completed on 10/28/2010.

6) Number of months from filing to last payment: 26.

7) Number of months case was pending: 29.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $7,800.00.

10) Amount of unsecured claims discharged without payment: $55,725.65.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $17,080.00 |
| Less amount refunded to debtor | $39.94 |

**NET RECEIPTS:**     **$17,040.06**

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,374.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $922.94 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:**     **$3,296.94**

Attorney fees paid and disclosed by debtor:    $1,126.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AMERICAN CASH N GO | Unsecured | NA | 770.23 | 770.23 | 77.02 | 0.00 |
| AMERICAN COLLECTION | Unsecured | 404.00 | NA | NA | 0.00 | 0.00 |
| ARMOR SYSTEMS | Unsecured | 411.00 | NA | NA | 0.00 | 0.00 |
| ASPIRE VISA | Unsecured | 1,360.00 | NA | NA | 0.00 | 0.00 |
| CANCER TREATMENT CENTERS | Unsecured | NA | 241.00 | 241.00 | 24.10 | 0.00 |
| CAPITAL ONE BANK | Unsecured | NA | 1,598.80 | 1,598.80 | 159.88 | 0.00 |
| CERTIFIED SERVICES INC | Unsecured | 194.00 | NA | NA | 0.00 | 0.00 |
| CERTIFIED SERVICES INC | Unsecured | 191.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK | Unsecured | 1,941.00 | NA | NA | 0.00 | 0.00 |
| CITY OF WAUKEGAN | Unsecured | 410.00 | NA | NA | 0.00 | 0.00 |
| COMPUCREDIT | Unsecured | 200.00 | 1,360.53 | 1,360.53 | 136.05 | 0.00 |
| CONDELL MEDICAL CENTER | Unsecured | 19,775.00 | NA | NA | 0.00 | 0.00 |
| CONSOLIDATED PATHOLOGIC CONS | Unsecured | 270.00 | NA | NA | 0.00 | 0.00 |
| CONSUMERS COOP CU | Unsecured | 21,553.00 | 11,125.47 | 11,125.47 | 1,112.55 | 0.00 |
| CONSUMERS COOP CU | Unsecured | 1,001.00 | 1,001.89 | 1,001.89 | 100.19 | 0.00 |
| CONSUMERS COOP CU | Unsecured | 499.00 | 555.57 | 555.57 | 55.56 | 0.00 |
| CONSUMERS COOP CU | Secured | 10,428.00 | 10,428.00 | 10,428.00 | 10,428.00 | 835.71 |
| CORPORATE AMERICA FAMILY CU | Unsecured | 436.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS ALLIANCE INC | Unsecured | 303.00 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION SERVICE | Unsecured | 660.00 | NA | NA | 0.00 | 0.00 |
| DIVERSIFIED SVC GROUP | Unsecured | 1,386.00 | NA | NA | 0.00 | 0.00 |
| FAMILY FOOT CARE | Unsecured | NA | 550.00 | 550.00 | 55.00 | 0.00 |
| FFCC COLUMBUS INC | Unsecured | 303.00 | NA | NA | 0.00 | 0.00 |
| FINGERHUT | Unsecured | NA | 84.40 | 84.40 | 8.44 | 0.00 |
| G FRANK & M MILEJCZYK | Unsecured | 720.00 | NA | NA | 0.00 | 0.00 |
| LAKE COUNTY NEUROSURGERY | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| LAKE FOREST EMERGENCY PHYS | Unsecured | 636.00 | NA | NA | 0.00 | 0.00 |
| LAKE FOREST HOSPITAL | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| LAKE SHORE PATHOLOGISTS | Unsecured | 164.00 | NA | NA | 0.00 | 0.00 |
| MED BUSINESS BUREAU | Unsecured | 2,205.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MGMT | Unsecured | 2,099.00 | 2,102.90 | 2,102.90 | 210.29 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| MIDWAY EMERGENCY PHYSICIANS | Unsecured | 654.00 | NA | NA | 0.00 | 0.00 |
| MIDWESTERN REGIONAL MEDICAL | Unsecured | 425.00 | 425.00 | 425.00 | 42.50 | 0.00 |
| REVENUE CYCL | Unsecured | 238.00 | NA | NA | 0.00 | 0.00 |
| ROUNDUP FUNDING LLC | Unsecured | 604.00 | 604.11 | 604.11 | 60.41 | 0.00 |
| VISTA MEDICAL CENTER | Unsecured | 4,374.00 | 4,374.16 | 4,374.16 | 437.42 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $10,428.00 | $10,428.00 | $835.71 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$10,428.00** | **$10,428.00** | **$835.71** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$24,794.06** | **$2,479.41** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,296.94 |
| Disbursements to Creditors | $13,743.12 |
| **TOTAL DISBURSEMENTS :** | **$17,040.06** |

UST Form 101-13-FR-S (9/1/2009)

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 02/07/2011                                By: /s/ Glenn Stearns
                                                                    Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**